# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131643
& (12)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GARY GEORGE GROSSNICKLE,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131643
COA: 269952
Bay CC: 03-010260-FH

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 26, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

l0918